UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JIM ANDERSON, *et al.*

*Plaintiffs*,

v.

CITY OF GASTONIA,

*Defendant*.

Civil Action No. 07-cv-510-W

*******************************************
**ORDER**
*******************************************

**THIS CAUSE COMING ON TO BE HEARD** and being heard upon the filing of the Plaintiffs' **MOTION TO STAY** (document #6), wherein the Plaintiffs seek to stay the initial attorney's conference.

The parties have conferred and agree upon the terms of this Order.

For good cause show, **IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED** that the Initial Attorney's Conference be stayed for a period of 10 days following the issuance of a ruling on the "Petition for Class Certification" (document #14) that is pending in the companion case, *Dennis Crosby, et. al. v. City of Gastonia*, NCWD File No. 3:06CV462-C.

**SO ORDERED.**

Signed: February 15, 2008

Carl Horn, III
United States Magistrate Judge